# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2006

131756 & (20)(21)

SULIEMON EPPS,
        Plaintiff-Appellee,

v

AUTO CLUB INSURANCE ASSOCIATION,
        Defendant-Appellant,

and

AMERISURE INSURANCE COMPANY,
        Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131756
COA: 271250
Wayne CC: 05-502370-NF

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 10, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The motion to stay the trial court proceedings is GRANTED, and the proceedings in the Wayne Circuit Court are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2006

Clerk

p0907